UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHELLE LOSCALZO,**<br><br>                    Plaintiff,<br>     -against-<br><br>**NEW ROC HARLEY DAVIDSON and BUELL, INC.,**<br><br>                    Defendants. | **Civil Action No.: 07 Civ. 3046 (SCR) (LMS)** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that I have been retained by New Roc Harley Davidson and Buell, Inc., the above-named Defendants. Please add my appearance to the docket sheet on behalf of the Defendants as lead attorney in this matter.

Dated: New York, New York
       May 14, 2007

                                    __/s/ MED_____
                                    Mary Ellen Donnelly (MD 4396)
                                    **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                                    521 Fifth Avenue
                                    New York, New York  10175
                                    (212) 682-0020
                                    E-mail Address:  mdonnelly@putneylaw.com

                                    *Attorneys for Defendants,*
                                    *New Roc Harley Davidson and Buell, Inc.*