05/14/2007  17:23     4
MAY-14-2007 MON 04:32 PM PUTNEY TWOMBLY, HALL LLP    FAX NO. 212 867 11089                    PAGE 03
                                                                                              P. 02/02
Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELLE LOSCALZO,

                Plaintiff,

-against-

NEW ROC HARLEY DAVIDSON AND BUELL, INC.,

                Defendants.

---

Civil Action No.: 07 Civ. 3046 (SCR)(LMS)

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the respective parties, that the time for Defendants, New Roc Harley Davidson and Buell, Inc., to answer, move or otherwise respond to the Complaint is hereby extended to and including May 25, 2007.

Dated: White Plains, New York
       May 14, 2007

_Jeffrey M. Bernbach (JB 5131)_
BERNBACH LAW FIRM PLLC
245 Main Street, 5th Floor
White Plains, New York 10601
(914) 428-9100
bernbachlawfirm@verizon.net
*Attorneys for Plaintiff*

Dated: New York, New York
       May 14, 2007

_Mary Ellen Donnelly (MD 4596)_
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
mdonnelly@putneylaw.com
*Attorneys for Defendants, New Roc Harley Davidson and Buell Inc.*

Dated: White Plains, New York
       May 17, 2007

IT IS SO ORDERED:

_Stephen C. Robinson_
Hon. Stephen C. Robinson, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: