UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHELLE LOSCALZO,

         Plaintiff,

  - against -

NEW ROC HARLEY DAVIDSON AND BUELL, INC.

         Defendant.
-------------------------------------------------------------x

Case No.: 07 CIV 3046 (SCR)

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
      May 24, 2007

                                  /s/ Mary Ellen Donnelly
                               Mary Ellen Donnelly (MD 4396)
                               **PUTNEY, TWOMBLY, HALL & HIRSON LLP**
                               521 Fifth Avenue
                               New York, New York 10175
                               (212) 682-0020

                               *Attorneys for Defendant NewRoc Motorcycles, LLC*

CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing RULE 7.1 STATEMENT to be served via electronic case filing and overnight mail on May 24, 2007 upon:

Jeffrey M. Bernbach
*Attorney for Plaintiff*
245 Main Street, 5th Floor
White Plans, New York, NY 10601

/s/ MED
Mary Ellen Donnelly (MD 4396)
**PUTNEY, TWOMBLY HALL & HIRSON, LLP**
*Attorneys for Defendant NewRoc Motorcycles, LLC*
521 Fifth Avenue
New York, New York 10175
(212) 682-0020