UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHELLE LOSCALZO,               :

           Plaintiff,      :     **Case No.: 07 CIV 3046 (SCR)**

                 :     **<u>ANSWER</u>**

      - against -     :

                 :

NEW ROC HARLEY DAVIDSON AND BUELL,  :
INC.                  :

                 :

           Defendant.   :
-------------------------------------------------------------x

      Defendant, NewRoc Motorcycles, LLC, incorrectly sued herein as New Roc Harley

Davidson and Buell, Inc. ("NewRoc"), by and through its attorneys Putney, Twombly, Hall &

Hirson LLP, as and for its Answer to Plaintiff's Complaint ("Complaint"), states as follows:

      1.      Denies the allegations contained in Paragraph 1 of the Complaint.

      2.      Denies the allegations contained in Paragraph 2 of the Complaint, except admits

that Plaintiff purports to proceed as stated therein.

      3.      Denies the allegations contained in Paragraph 3 of the Complaint, except admits

that Plaintiff purports to proceed as stated therein.

      4.      Denies knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 4 of the Complaint.

      5.      Denies the allegations contained in Paragraph 5 of the Complaint, except admits

that NewRoc is a New York Corporation.

      6.      Admits the allegations contained in Paragraph 6 of the Complaint.

      7.      Denies the allegations contained in Paragraph 7 of the Complaint.

      8.      Denies the allegations contained in Paragraph 8 and subparagraphs 8(a), 8(b),

8(c), 8(d), 8(e) , 8(f), 8(g) 8(h), 8(i) and 8(j) of the Complaint.

9.      Denies the allegations contained in Paragraph 9 of the Complaint.

10.     Denies the allegations contained in Paragraph 10 of the Complaint.

11.     Denies the allegations contained in Paragraph 11 of the Complaint.

12.     Denies the allegations contained in Paragraph 12 of the Complaint.

13.     Denies the allegations contained in Paragraph 13 of the Complaint, except admits that Plaintiff's employment was terminated due to her poor job performance.

14.     Denies the allegations contained in Paragraph 14 of the Complaint.

15.     Denies the allegations contained in Paragraph 15 of the Complaint.

16.     Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint.

17.     Denies the allegations contained in Paragraph 17 of the Complaint.

18.     With respect to the allegations contained in Paragraph 18 of the Complaint, repeats and realleges each and every response to Paragraphs 1 through 17 of the Answer as if fully set forth herein.

19.     Denies the allegations contained in Paragraph 19 of the Complaint.

20.     With respect to the allegations contained in Paragraph 20 of the Complaint, repeats and realleges each and every response to Paragraphs 1 through 19 of the Answer as if fully set forth herein.

21.     Denies the allegations contained in Paragraph 21 of the Complaint.

2

### AS AND FOR A FIRST DEFENSE

22.     The Complaint fails to state a claim upon which relief may be granted.

### AS AND FOR A SECOND DEFENSE

23.     The Complaint is barred, in whole or in part, to the extent that it was not filed within the period of time mandated by the applicable statutes of limitations.

### AS AND FOR A THIRD DEFENSE

24.     Any and all actions taken by NewRoc were based on legitimate, nondiscriminatory reasons unrelated to Plaintiff's sex and unrelated to any invocation by Plaintiff of rights arising under federal, state or local law.

### AS AND FOR A FOURTH DEFENSE

25.     Plaintiff's claims are barred, either in whole or in part, to the extent that Plaintiff has failed to file a timely claim thereon with relevant administrative agencies and exhaust all necessary administrative remedies or procedures regarding such claims.

### AS AND FOR A FIFTH DEFENSE

26.     Plaintiff's claims are barred, either in whole or in part, to the extent that Plaintiff has failed to meet administrative prerequisites or conditions precedent regarding the commencement of this action.

### AS AND FOR A SIXTH DEFENSE

27.     The Complaint is barred, in whole or in part, to the extent it relies upon, or refers to claims not asserted in the Charge of Discrimination.

## AS AND FOR A SEVENTH DEFENSE

28.    Upon information and belief, Plaintiff failed to mitigate damages, if any exist, as required under the law.

## AS AND FOR AN EIGHTH DEFENSE

29.    Plaintiff's claims for relief are barred, in whole or in part, by the doctrines of waiver and estoppel.

## AS AND FOR A NINTH DEFENSE

30.    Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

## AS AND FOR A TENTH DEFENSE

31.    NewRoc maintains a well established "No Harassment" Policy.

32.    Plaintiff was aware of NewRoc's "No Harassment" Policy.

33.    Plaintiff did not utilize NewRoc's well established "No Harassment" Policy.

## AS AND FOR AN ELEVENTH DEFENSE

34.    Any damages or loss sustained by Plaintiff were caused solely by the culpable conduct on the part of Plaintiff.

35.    Plaintiff is therefore not entitled to recover.

## AS AND FOR A TWELFTH DEFENSE

36.    Plaintiff's claims are barred, in whole or in part, by the equitable doctrine of unclean hands.

**WHEREFORE**, NewRoc demands judgment as follows:

(i)    dismissing the Complaint in its entirety;

(ii)     granting Defendant reasonable attorneys' fees, costs and disbursements

incurred in this action; and

(iii)    granting such other, further and different relief as this Court deems just

and proper.

Dated: New York, New York
       May 24, 2007

/s/  MED
Mary Ellen Donnelly (MD 4936)
**PUTNEY, TWOMBLY, HALL & HIRSON LLP**
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

*Attorneys for Defendant, NewRoc
Motorcycles, LLC*

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing Answer of NewRoc Motorcycles, LLC to be served via electronic case filing and overnight mail on May 24, 2007, 2006 upon:

Jeffrey M. Bernbach
*Attorney for Plaintiff*
245 Main Street, 5th Floor
White Plans, New York, NY 10601

/s/ MED
Mary Ellen Donnelly (MD 4396)
**PUTNEY, TWOMBLY HALL &
HIRSON, LLP**
*Attorneys for Defendant NewRoc
Motorcycles, LLC*
521 Fifth Avenue
New York, New York 10175
(212) 682-0020

6