# PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
DUSTAN T. SMITH
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERT
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

putneylaw.com

120 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830
(732) 632-2505
TELEFAX: (732) 632-2506

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2500 NORTH MILITARY TRAIL
SUITE 465
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 750-6602

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
LOUIS A. TRAPP, JR.

July 12, 2007

**Via ECF**

Honorable Stephen C. Robinson
United States District Judge
300 Quarropas Street, Room 533
White Plains, NY 10601

Re:    **Michelle Loscalzo v. New Roc Harley Davidson and Buell, Inc.**
       **Case No. 07 CIV 3046 (SCR)**

Dear Judge Robinson:

As you are aware, this firm represents Defendant, New Roc Harley Davidson, Inc. ("New Roc"), in the above-referenced matter. Plaintiff's counsel, Jeffrey M. Bernbach, Esq. and I submit this letter in connection with the preliminary conference currently scheduled before Your Honor for July 27, 2007 at 10:00 a.m.

## A.    Plaintiff's Complaint

Plaintiff is a former Sales Associate for NewRoc. Plaintiff commenced employment with NewRoc as a part time employee on November 16, 2005. On August 20, 2006, Plaintiff transferred to a full time position as a Sales Associate. On February 8, 2007, Plaintiff's employment with NewRoc was terminated. Plaintiff alleges that Defendant sexually harassed and discharged Plaintiff in violation of Title VII of the Civil Rights Act of 1964 and the New York State Human Rights Law. On May 24, 2007, NewRoc filed an Answer denying the allegations in the Complaint in the entirety.

## B.    Anticipated Motions

The parties have exchanged discovery demands. Depositions are currently being scheduled. Once discovery is complete, NewRoc anticipates that it will request permission to move for summary judgment. Plaintiff does not anticipate making any motions at this time.

Honorable Stephen C. Robinson
July 12, 2007
Page 2


**C.**    **Settlement**

There have been no settlement discussions at this time.


If you have any questions, or need additional information, please do not hesitate to contact me directly.

Very truly yours,

Mary Ellen Donnelly

cc: Jeffrey M. Bernbach, Esq. (via facsimile)