JUL-03-2007 TUE 04:11 PM PUTNEY TWOMBLY HALL LLP    FAX NO. 212 867 0089    P. 03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MICHELLE LOSCALZO,

          Plaintiff,

   - against -

NEW ROC HARLEY DAVIDSON AND BUELL, INC.

          Defendant.
------------------------------------------------------x

Case No.: 07 CIV 3046 (SCR)

## STIPULATION AND ORDER OF CONFIDENTIALITY

**IT IS HEREBY STIPULATED AND AGREED** that documents and information produced in response to Plaintiff's First Request for Documents which contain confidential and/or proprietary business information and information regarding current or former employees of New Roc Harley Davidson ("Defendant"), and are not public or publicly available documents, are and shall remain confidential information, and have been disclosed by Defendants to be utilized solely in connection with the above-captioned action by:

    (1)    the Court, Court personnel, court reporters and depositions and, if applicable, the Jury;

    (2)    the Plaintiff and her attorney of record, other attorneys acting "of counsel" for the Plaintiff in this action provided said attorneys are shown a copy of this Stipulation and agree to be bound by same, and persons employed in said attorneys' offices;



JUL-03-2007 TUE 04:12 PM PUTNEY TWOMBLY, HALL LLP    FAX NO. 212 867 0088    P. 04

(3) persons retained in this action to assist in the prosecution or defense of this action, including technical and professional experts and persons employed and affiliated with such experts provided that said individuals are shown a copy this Stipulation, and agree to be bound by same; and

(4) witnesses during the course of depositions, trial testimony or pre-deposition or pre-trial preparation.

No designation of "Confidential" shall be effective unless there is placed or affixed on the designated information, document or thing (in such manner as will not interfere with the legibility thereof) a "Confidential" notice or the equivalent. Any "Confidential" designation which is inadvertently omitted subsequent to the execution of this Confidentiality Order may be corrected by prompt written notification to opposing counsel.

Nothing contained in this Confidentiality Order shall be construed to prevent Plaintiff from petitioning the Court, upon notice for an order modifying or eliminating any "Confidentiality" designation. If the parties disagree about whether certain information, documents, or things should be designated as "Confidential," the parties will confer in good faith to resolve their differences. In the absence of any agreement resolving these differences,

JUL-03-2007 TUE 04:12 PM PUTNEY TWOMBLY, HALL LLP    FAX NO. 212 867 0099    P. 05

the parties, jointly, shall refer the matter to the Court to resolve the dispute.

Dated: White Plains, New York
July 12, 2007

_____
Jeffrey M. Bernbach
245 Main Street, 5th Floor
White Plains, New York, NY 10601
*Attorney For Plaintiff*

Dated: New York, New York
August ~~July~~ 10, 2007

_____
Mary Ellen Donnelly (MD 4396)
Alexander Soric (AS 3305)
**Putney, Twombly, Hall & Hirson LLP**
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant*

_____
Michelle LoScalzo
*Plaintiff*

**SO ORDERED:**

Dated: New York, New York
August ~~July~~ 16, 2007

_____
STEPHEN C. ROBINSON
United States District Court Judge

3