UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
E.G. on behalf of A.G. and M.G. on behalf
of A.G.,

                        Plaintiff(s),

                                                  **SCHEDULING ORDER**

             -against-                              07 Cv. 2696 (CLB) (LMS)

CITY SCHOOL DISTRICT OF
NEW ROCHELLE,

                      Defendant(s).
-------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 9:30 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                                   */s/ Charles L. Brieant*
                                                            Charles L. Brieant, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHELLE LOSCALZO,

                      Plaintiff(s),                 **SCHEDULING ORDER**

       -against-                               07 Cv. 3046 (CLB) (LMS)

NEW ROC HARLEY DAVIDSON,
BUELL, INC.,

                    Defendant(s).
-------------------------------------------------------X
Brieant, J.

      The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 25, 2007 at 9:30 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                  _____
                                                  Charles L. Brieant, U.S.D.J.