# Bernbach
## Law Firm PLLC

Renaissance Corporate Center
245 Main Street, 5th Floor
White Plains, N.Y. 10601
914-428-9100
Fax 914-428-9106

September 21, 2007

Hon. Charles L. Brieant
United States District Judge
United States Couthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: Michelle Loscalzo v. New Roc Motorcycles, LLC
07 CIV 3046 (CLB)

Dear Judge Brieant:

We represent the plaintiff in connection with the above-referenced action. We write to request that substantial discovery disputes existing between the parties be referred to a Magistrate Judge for resolution, as efforts to date by the parties to do so have not been successful, and as the defendant has declined to produce its witnesses for depositions noticed by plaintiff until said disputes have been resolved

Respectfully,

Jeffrey M. Bernbach

JMB/ab

cc: Mary Ellen Donnelly