# PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
DUSTAN T. SMITH
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
putneylaw.com

[New Jersey and Florida office addresses, illegible]

COUNSEL
CHARLES J. CROMPE
ALEXANDER NEAVE
LOUIS A. TRAPP, JR.

October 3, 2007

**By Facsimile**
The Honorable Judge Charles L. Brieant
United States District Judge
300 Quarropas Street
White Plains, NY 10601

Re: Michelle Loscalzo v. New Roc Harley Davidson and Buell, Inc.
Case No. 07 CIV ~~3047 (SCR)~~ 07-3046 (CLB)

Dear Judge Brieant:

This shall confirm that the discovery conference in the above-referenced matter scheduled for October 5, 2007, has been adjourned to October 9, 2007, at 9:30 a.m.

Thank you for your consideration in this matter.

Very truly yours,

Mary Ellen Donnelly

cc: Jeffrey M. Bernbach, Esq. (via facsimile)