# PUTNEY, TWOMBLY, HALL & HIRSON LLP

ESTABLISHED 1866

COUNSELORS AT LAW

521 FIFTH AVENUE

NEW YORK, NEW YORK 10175

(212) 682-0020

TELEFAX: (212) 682-9380

putneylaw.com

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
DUSTAN T. SMITH
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY M. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN

120 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830
(732) 902-2505
TELEFAX: (732) 632-2506

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0693

2500 NORTH MILITARY TRAIL
SUITE 465
BOCA RATON, FLORIDA 33431
(800) 936-8460
TELEFAX: (561) 750-6602

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
LOUIS A. TRAPP, JR

November 12, 2007

**By Fax 914-390-4085**
**And by ECF**
Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: Michelle Loscalzo v. New Roc Motorcycles, LLC
07 CIV 3046 (CLB)

Dear Judge Brieant:

As Your Honor is aware, we represent New Roc Motorcycles, LLC, Defendant in the above referenced matter. Defendant respectfully requests that the conference now scheduled for Tuesday, November 13, 2007, at 1:30 p.m., before Your Honor be cancelled. The Conference was scheduled as a result of Defendant's requests for the court to resolve issues with respect to Plaintiff's deposition. Plaintiff does not oppose this application.

Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

/s/MED
Mary Ellen Donnelly

cc: Jeffrey M. Bernbach (By fax 914-428-9106)