UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHELLE LOSCALZO,                          :
                                            :   Case No.: 07 CIV 3046
           Plaintiff,          :   (CLB)
                                            :
- against -                                 :   NOTICE OF MOTION
                                            :   BY DEFENDANT
NEW ROC MOTORCYCLES, LLC                    :   FOR PARTIAL
           Defendant.          :   **SUMMARYJUDGMENT**
                                            :
                                            :
-----------------------------------------------------------------x

    PLEASE TAKE NOTICE that upon the Defendant's accompanying Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the Affidavit of Patricia Mass, sworn to December 7, 2007, the Affidavit of John Meskunas, sworn to on December 7, 2007, the Declaration of Mary Ellen Donnelly, dated December 7, 2007, the accompanying Memorandum of Law, dated December 7, 2007, and all of the Exhibits submitted herewith, including Plaintiff's Amended Complaint;

    Defendant hereby moves this Court for an Order pursuant to Federal Rule of Civil Procedure 56 granting it summary judgment with respect to all the claims of retaliation asserted against it by Plaintiff Michelle Loscalzo, and for such other and further relief as to the Court seems just and proper in circumstances.

Dated: New York, New York
       December 7, 2007

                                        Respectfully submitted,

                                        PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                        By: _____/s/_____
                                              Mary Ellen Donnelly (MD 4936)
                                              521 Fifth Avenue
                                              New York, New York 10175
                                              (212) 682-0020
                                              *Attorneys for Defendant,*
                                              *New Roc Motorcycles, LLC*

To:    Jeffrey Bernbach, Esq.
        Bernbach Law Firm PLLC
        245 Main Street, 5th Floor
        White Plains, NY 10601
        (914) 428-9100
        *Attorneys for Plaintiff*
        *Michelle Loscalzo*

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing Notice of Motion in support of Defendant's Motion to Dismiss to be served via electronic filing and overnight mail on December 7, 2007 upon:

>Jeffrey M. Bernbach
>Attorney for Plaintiff
>245 Main Street, 5th Floor
>White Plans, New York, NY 10601

>*/s/ Mary Ellen Donnelly*
>Mary Ellen Donnelly (MD 4396)
>**PUTNEY, TWOMBLY HALL & HIRSON, LLP**
>*Attorneys for Defendant,*
>*NewRoc Motorcycles, LLC*
>521 Fifth Avenue
>New York, New York 10175
>(212) 682-0020