## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing Affidavit of John Meskunas in Support of Defendant's Motion to Dismiss to be served via electronic filing and overnight mail on December 7, 2007 upon:

Jeffrey M. Bernbach
Attorney for Plaintiff
245 Main Street, 5th Floor
White Plans, New York, NY 10601

*Mary Ellen Donnelly*
Mary Ellen Donnelly (MD 4396)
**PUTNEY, TWOMBLY HALL & HIRSON, LLP**
*Attorneys for Defendant,*
*NewRoc Motorcycles, LLC*
521 Fifth Avenue
New York, New York 10175
(212) 682-0020