# EXHIBIT B

*XXX Dealership*                                              *Job Description*

### *Sales Associate*

## Job Data

   Job Title:...........................Sales Associate
   Department:......................Sales Department
   Supervisor: .......................Sales Manager

## Summary Description

Provide prompt, dependable, high quality, vehicle sales to customers by using current proactive feature benefit sales techniques.

## Key Results Areas

- Motorcycle Sales
- Customer Service

## Major Duties and Responsibilities

### 1) Sales Department Operations

- Attain new and used sales quotas as agreed upon with the sales manager.
- Use floor time effectively to meet customer needs and solicit sales of all products.
- Present the features of all products to customers along with their benefits.
- Show each customer advantages of products over competing brands.
- Maintain the computerized inventory control system along with net profit objectives which eliminate the possibility of "lower than anticipated" profits.
- Cross sell additional parts, accessories, HOG memberships, F&I products, Warranties & service contracts etc. with all new and used vehicles.
- Maintain profit margin objective for all vehicle sales.
- Follow procedures to ensure timely and proper completion of all paperwork.
- Follow procedures for quick and efficient handling of warranty items, including tagging and proper storage of these items.
- Introduce new customers to the service, parts, general merchandise and F&I departments  and their personnel.

### 2) Customer Service

- Follow the C.U.S.T.O.M. sales process.
- Greet customers immediately, in a courteous and friendly manner.
- Handle telephone transactions quickly, and courteously.
- Ensure customers are properly qualified for needs, wants, and ability to buy.
- Practice a feature / benefit selling methodology so that all customers receive consistent treatment when doing business.
- Use a common and consistent quotation methodology for vehicle sales, trade-ins and purchases.
- Conduct a road test, and pre-delivery inspection prior to delivery to customer.
- Ensure the delivery to customer is an "EVENT" which endears the customer to the dealership.
- Contact customers using mailing lists, tickler files and personal follow-up to encourage additional sales and ensure customer satisfaction.
- Handle customer complaints reasonably, showing empathy and a positive attitude, and demonstrate our commitment to "Make Things Right".



**P0041**

*XXX Dealership*                                                    *Job Description*

## Sales Associate

**2) Customer Service cont.**

- Attend training sessions to keep current with sales techniques and sales department Issues.
- Cultivate prospects (e.g., showroom customer follow-up, phone-in inquiries, past owners, etc.).

**3) Other Duties**

- As Assigned

## Supervisory Responsibilities

- None

## Commitments

- Treat all employees and customers fairly, courteously, and with dignity.
- Model superior customer service behavior for all sales personnel by maintaining positive relationships with customers, employees GM and owner(s).
- Remain current with all Sales department training available by reviewing ProSell & P.A.C.E. tapes and attending seminars, workshops, and other related training programs assigned by the Sales Manager.
- Be prompt and available for flexible scheduling.
- Be honest and fair in all business dealings.
- Meet or exceed sales quotas on a regular basis.
- Continually learn more about the products and services you sell.  Stay current on motorcycle trends and selling features.

## Qualifications & Job Requirements:

- Must have the ability to get along with a broad customer base.
- High energy level.
- Excellent communication Skills and demonstrated "closing skills".
- Knowledge and experience with sales of Harley-Davidson/Buell motorcycles, and other products sold by the dealership, or the demonstrated ability to quickly learn them.
- Must be able to work effectively with all areas of the dealership to maximize both the buying experience for the customer and the profitability of the dealership.

## Physical Demands

- The noise level in the work environment is occasionally loud.
- Occasionally requires the ability to balance and push an _____ lb. motorcycle.
- Demonstrating products requires Sales person to spend the majority of the day on their feet.

## Working Conditions

- Is potentially exposed to battery acid, gasoline, chemical cleaning materials or other toxic materials commonly found in a motor vehicle service department.
- Occasionally, exposed to exhaust fumes or other airborne particles.

**P0042**

# EXHIBIT C

New Roc Harley-Davidson
Time Card Report

*Page   8

/:59

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ------- Time Card Punches ------- | | | | | | | | | | | | -----Hours Summary----- | | | | -----Rate Summary----- | | |
| | ------ In ------ | | | | ------ Out ------ | | | Term | | | | | | I S | | Total | Base | |
| Type | Date | Time | Er | Rsn | Date | Time | Er | Rsn | I/O | Bt | JbCl | Dept | JbCl | Bt | S H | Hours | Hours | Rate | Gross |

RT, 1:

Sun

Mon

Tue

Wed

Period Hours Summary --------------------

Hours Summary --------------------

LOSCALZO, MICHELLE B        17        000000017        Pay Period: 01/11/07 - 01/17/0~

*(handwritten: 11:00)*

*(handwritten: (7.53))*

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thu IN | 01/11 | 10:53 | | 01/12 | 11:04 | 01 | 01 | REG | Retail | 0001 | Retail | REG | 1 | 16.15 | 16.15 |

*(handwritten: 1.59)*

| Fri IN | 01/12 | 11:59 | 01/13 | 09:09 | 01 01 REG Retail 0001 Retail REG | 1 | 14.15 | 14.15 |

*(handwritten: 8.49)*

| Sat IN | 01/13 | 17:58 | 01/14 | 09:56 | 01 01 REG Retail 0001 Retail REG | 1 | 9.70 |
| | | | | | 0001 Retail OT | 1 | 6.30 | 16.00 |

*(handwritten: 5.76)*

Sun IN   01/14 15:32        0        01        REG Retail

Mon      01/15 OFF

Tue IN   01/16 10:04        01/16 18:07        01 01 REG Retail 0001 Retail OT    1    8.05    8.05

         01/17 OFF

Period Hours Summary --------------------

| | |
|---|---|
| OT | 14.35 |
| REG | 40.00 |
| Total Hours | 54.35 |

*(handwritten: 29.89 + (7.53 Thurs))*
*(handwritten: 37.42)*

Hours Summary --------------------

Dept  0001 Merchandise        JbCl  Retail Retail
Dept  0001 Merchandise        JbCl  Retail Retail

| | |
|---|---|
| OT | 1 | 14.35 |
| REG | 1 | 40.00 |
| Total Hours | 54.35 |

Grand Total Hours    54.35   *(handwritten: 29.89   37.42)*



CONFIDENTIAL
D0062

01/10/07 15:32                           New Roc Harley-Davidson
                                           Time Card Report                                    *Page    8

--------------- Time Card Punches ---------------                    ----Hours Summary----        ----Rate Summary----
--------- In --------- ---------- Out ---------- Term                        I S                      Total    Base
Day Type Date Time Er Rsn  Date Time Er Rsn  I/O  Ht  JbCl   Dept JbCl   Ht  S H   Hours         Hours    Rate      Gross

---------------------------------------------------------------------------------------------------------------------------

Period Hours Summary --------------------------------------------------------------

              Hours Summary ----------------------------------------------------------------

-------------------------------------------------------------------------------------------

LOSCALZO, MICHELLE A.
Thu    01/04  OFF              17              000000017          Pay Period: 01/04/07 - 01/10/07

Fri    01/05  OFF

Sat IN  01/06 09:05      01/06 18:30    01 01 REG Retail 0001 Retail REG   1      9.40          9.40

Sun IN  01/07 10:09      01/07 15:13    01 01 REG Retail 0001 Retail REG   1      5.05          5.05

Mon IN  01/08 10:57      01/08 19:07    01 01 REG Retail 0001 Retail REG   1      8.15          8.15

Tue IN  01/09 10:54      01/09 19:05    01 01 REG Retail 0001 Retail REG   1      8.20          8.20

Wed IN  01/10 11:00      19.00     0    01    REG Retail                                  8

              Period Hours Summary --------------------------------------------------------------

                                                   REG       30.80
                                                          ==============
                                           Total Hours     30.80

              Hours Summary --------------------------------------------------------------

Dept  0001 Merchandise        JbCl  Retail Retail
                                                   REG   1   30.80
                                                          ==============
                                           Total Hours     30.80

                                           Grand Total Hours    30.80

**REDACTED**

CONFIDENTIAL
D0063

12/27/06 15:07

New Roc Harley-Davidson
Time Card Report

*Page    8

---

| Day | Type | Date | Time | Er | Rsn | Date | Time | Er | Rsn | I/O | Ht | JbCl | Dept | JbCl | Ht | I S S H | Hours | Total Hours | Base Rate | Gross |
|-----|------|------|------|-----|-----|------|------|-----|-----|-----|-----|------|------|------|-----|---------|-------|-------------|-----------|-------|

---

Hou,

---

Period Hours Summary ------------------------------------------------------

Hours Summary ---------------------------------------------------------

---

LOSCALZO, MICHELLE A.              17         000000017        Pay Period: 12/21/06 - 12/27/06
Thu    12/21  OFF

Fri IN  12/22 10:01    12/22 17:59    01 01 REG Retail 0001 Retail REG   1    8.00    8.00

Sat     12/23  OFF

Sun IN  12/24 09:56    12/24 15:06    01 01 REG Retail 0001 Retail REG   1    5.15    5.15

Mon     12/25  OFF         *holiday*                                         8

Tue IN  12/26 10:03    12/26 18:13    01 01 REG Retail 0001 Retail REG   1    8.15    8.15

d IN    12/27 11:48    20·00    0    01    REG Retail                        8·52

Period Hours Summary ---------------------------------------------------------

**REDACTED**

REG          21.30
Total Hours  21.30        20 07  ·· 8

12/20/06 14:03

New Roc Harley-Davidson
Time Card Report

*Page     8

Time Card Punches

| Day Type | Date Time Er Rsn | Date Time Er Rsn | Term I/O Ht JbCl | Dept JbCl | I S Ht S B | Hours | Total Hours | Base Rate | Gross |
|----------|------------------|------------------|------------------|-----------|-----------|-------|-------------|-----------|-------|

Period Hours Summary

Hours Summary

Period Hours Summary

Hours Summary

LOSCALZO, MICHELLE A.

Thu IN  12/14 10:11        17      12/14 17:52        000000017        Pay Period: 12/14/06 - 12/20/06

Fri     12/15  OFF                                    01 01 REG Retail 0001 Retail REG  1        7.65        7.65
                           9.00
Sat IN  12/16 17:06        12/17 09:55               01 01 REG Retail 0001 Retail REG  1                16.80   16.80  8.06
Sun IN  12/17 16:52        12/18 08:59               01 01 REG Retail 0001 Retail REG  1                       15.55  6.97
                                                                      0001 Retail OT   1        0.60          16.15
Mon IN  12/18 17:10                        0         01    REG Retail                                                8.51
Tue     12/19  OFF
                                                                                                            8.48
Wed IN  12/20 11:52  20:00                 0         01    REG Retail

Period Hours Summary

                                                     OT          0.60
                                                     REG

12/13/06 14:57                          New Roc Harley-Davidson
                                        Time Card Report
                                                                              *Page    8
--------------------------------------------------------------------------------------------
-------------- Time Card Punches ----------    --------------Hours Summary----------- Rate Summary
--------- In ------ ----- Out ----- Term       -------------- I S -------- ---------- Total  Base
Day Type  Date Time  Er Rsn Date Time Er Rsn  I/O Ht JbCl  Dept JbCl  Ht  S H   Hours  Hours  Rate    Gross
--------------------------------------------------------------------------------------------

Period Hours Summary ------------------------------------------------------------

Hours Summary ------------------------------------------------------------

--------------------------------------------------------------------------------------------

Period Hours Summary ------------------------------------------------------------

Hours Summary ------------------------------------------------------------

--------------------------------------------------------------------------------------------

LOSCALZO, MICHELLE A.                          17
Thu IN   12/07 12:59    21.00    0             000000017           Pay Period: 12/07/06 - 12/13/06
                                        01      REG Retail

Fri     12/08  OFF                                                           8.41

Sat IN  12/09 09:05     12/09 18:04     01 01 REG Retail 0001 Retail REG   1    8.95      8.95

Sun IN  12/10 09:59     12/10 15:24     01 01 REG Retail 0001 Retail REG   1    5.40      5.40

Mon IN  12/11 11:59     12/11 20:03     01 01 REG Retail 0001 Retail REG   1   -8.05      8.05

Tue     12/12  OFF

Wed IN  12/13 11:59     19.00    0             01      REG Retail                 7.41

            Period Hours Summary ------------------------------------------------------

REDACTED                         REG           22.40
                                 Total Hours    22.40                   38.22

            Hours Summary ------------------------------------------------------------

CONFIDENTIAL
D0066

```
12/06/06 14:44                        New Roc Harley-Davidson
                                      Time Card Report
                                                                                        *Page    8
-------------------------------------------------------------------------------------------------
---------------- Time Card Punches ----------------  -------------Hours Summary------Rate Summary
------ In ------- ---- Out -----  Term                      I S                Total   Base
Day Type  Date Time  Er Rsn  Date Time Er Rsn  I/O  Ht  JbCl  Dept JbCl  Ut  S H   Hours  Hours  Rate    Gross
-------------------------------------------------------------------------------------------------
```

Period Hours Summary ------------------------------------------------

Hours Summary -------------------------------------------------------

-------------------------------------------------------------------------------------------------

Period Hours Summary ------------------------------------------------

Hours Summary -------------------------------------------------------

-------------------------------------------------------------------------------------------------

```
LOSCALZO, MICHELLE A.              17           000000017        Pay Period: 11/30/06 - 12/06/06
  Thu IN  11/30 09:52   11/30 18:05   01 01 REG Retail 0001 Retail REG  1   8.25    8.25

  Fri IN  12/01 10:09   12/01 17:56   01 01 REG Retail 0001 Retail REG  1   7.80    7.80

  Sat     12/02  OFF

  Sun     12/03  OFF

  Mon IN  12/04 11:56   12/04 20:07   01 01 REG Retail 0001 Retail REG  1   8.15    8.15

  Tue IN  12/05 09:53   12/05 18:57   01 01 REG Retail 0001 Retail REG  1   9.05    9.05

  Wed IN  12/06 10:03   18:00 o       01   REG Retail
```

REDACTED

+ I

7.97

Forgot to punch out

Period Hours Summary ------------------------------------------------

```
                                              REG        33.25

                                   Total Hours           33.25
```

Hours Summary -------------------------------------------------------

```
   rchandise    JbCl  Retail Retail            REG   1    33.25
```

CONFIDENTIAL
D0067

11/29/06 14:04

New Roc Harley-Davidson
Time Card Report

*Page    8

```
---------------- Time Card Punches ---------------    ----------Hours Summary------------Rate Summary
------- In ------- ----- Out ------ Term                           I S              Total  Base
Day Type Date Time Er Rsn Date Time Er Rsn I/O Ht JbCl  Dept JbCl Ht S H    Hours  Hours  Rate    Gross
```

Period Hours Summary ------------------------------------------------------------------------

Hours Summary -----------------------------------------------------------------------------

Period Hours Summary ------------------------------------------------------------------------

Hours Summary -----------------------------------------------------------------------------

```
LOSCALZO, MICHELLE A.              17        000000017        Pay Period: 11/23/06 - 11/29/06
Thu    11/23  OFF                                              8.0

Fri IN 11/24 10:03    11/24 18:10   01 01 REG Retail 0001 Retail REG  1   8.10   8.10

Sat IN 11/25 10:10    11/25 17:57   01 01 REG Retail 0001 Retail REG  1   7.80   7.80

Sun IN 11/26 08:54    11/26 16:13   01 01 REG Retail 0001 Retail REG  1   7.30   7.30

Mon    11/27  OFF

Tue IN 11/28 10:00    11/28 18:10   01 01 REG Retail 0001 Retail REG  1   8.15   8.15

Wed    11/29  OFF
```

Period Hours Summary ------------------------------------------------------------------------

```
                                                    REG        31.35
                                                             ============
                                         Total Hours         31.35
```

REDACTED

CONFIDENTIAL
D0068

New Roc Harley-Davidson
Time Card Report

```
--------------- Time Card Punches --------------- --------------Hours Summary--------------Rate Summary
------- In ------- ------ Out ------  Term                         I S                    Total  Base
Day Type  Date Time  Er Rsn  Date Time Er Rsn  I/O  Ht  JbCl   Dept JbCl  Ht  S H    Hours  Hours  Rate   Gross
--
```

---

LOSCALZO, MICHELLE A.              17          000000017        Pay Period: 11/16/06 - 11/22/06
Thu IN  11/16 10:16   11/16 18:22      01 01 REG Retail 0001 Retail REG  1    8.10    8.10

  .i    11/17  OFF

Sat IN  11/18 09:08   11/18 17:52      01 01 REG Retail 0001 Retail REG  1    8.70    8.70

Sun IN  11/19 10:15   11/19 15:21      01 01 REG Retail 0001 Retail REG  1    5.10    5.10

Mon IN  11/20 12:59   11/20 19:34      01 01 REG Retail 0001 Retail REG  1    6.55    6.55

Tue IN  11/21 10:25   11/21 18:20      01 01 REG Retail 0001 Retail REG  1    7.95    7.95

Wed     11/22  OFF

Period Hours Summary ----------------------------------------------------------

                                               REG       36.40
                                                        =========
                                         Total Hours    36.40

              Hours Summary ----------------------------------------------------------

Dept  0001 Merchandise      JbCl  Retail Retail         REG   1   36.40
                                                        =========
                                         Total Hours    36.40

                                                        =========
                                      Grand Total Hours   36.40

---



11/15/06 15:07

New Roc Harley-Davidson
Time Card Report

*Page    8

-------------------------------------------------------------------------------

```
              -------- Time Card Punches --------                              -----Hours Summary-----          ----Rate Summary----
              ------- In ------- ----- Out -----   Term                              I S                    Total   Base
Day Type Date Time Er Rsn Date Time Er Rsn  I/O Ht JbCl  Dept JbCl  Ht S H   Hours   Hours   Rate      Gross
```

Hours Summary

-------------------------------------------------------------------------------

Period Hours Summary -----------------------------------------

Hours Summary -----------------------------------------

-------------------------------------------------------------------------------

LOSCALZO, MICHELLE A.                  17        000000017        Pay Period: 11/09/06 - 11/15/06

| Day | Type | Date Time | Out Date Time | Punch | | | | | | | | Hours | | worked 7 DAYS |
|-----|------|-----------|---------------|-------|---|---|---|---|---|---|---|-------|---|---|
| Thu | IN | 11/09 12:53 | 11/09 21:08 | 01 01 REG Retail 0001 Retail REG | 1 | | | | | | | 8.25 | 8.25 | |
| Fri | IN | 11/10 10:06 | 11/10 18:28 | 01 01 REG Retail 0001 Retail REG | 1 | | | | | | | 8.35 | 8.35 | |
| Sat | IN | 11/11 09:15 | 11/11 18:12 | 01 01 REG Retail 0001 Retail REG | 1 | | | | | | | 8.95 | 8.95 | |
| Sun | IN | 11/12 09:58 | 11/12 15:30 | 01 01 REG Retail 0001 Retail REG | 1 | | | | | | | 5.55 | 5.55 | |
| Mon | IN | 11/13 10:07 | 11/13 16:01 | 01 01 REG Retail 0001 Retail REG | 1 | | | | | | | 5.90 | 5.90 | |
| Tue | IN | 11/14 09:59 | 11/14 21:34 | 01 01 REG Retail 0001 Retail REG | 1 | | | | | | | 3.00 | | |
| | | | | 0001 Retail OT | 1 | | | | | | | 8.55 | 11.55 | |
| Wed | IN | 11/15 10:08 | 20:00 o | 01  REG Retail | | | | | | | | 9.92 | | |

*20:00* 

Period Hours Summary -----------------------------------------

*Forgot to Punch Out*

```
                                            OT     8.55
                                            REG   40.00

                                    Total Hours   48.55
```

Hours Summary -----------------------------------------

```
 ..t  0001 Merchandise      JbCl  Retail Retail        OT    1   8.55
 ..pt 0001 Merchandise      JbCl  Retail Retail        REG   1  40.00

                                              Total Hours    48.55        58.47
```

REDACTED

New Roc Harley-Davidson
Time Card Report

11/08/06 13:44

*Page    8

----------------------------------------------------------------------------------------

| | | ---------- Time Card Punches ---------- | | -------------Hours Summary-------------Rate Summary | | |
| | | ------ In ------ ----- Out ----- Term | | I S | | Total | Base | |
| Day | Type | Date Time Er Rsn Date Time Er Rsn | I/O Ht JbCl | Dept JbCl | Ht S E | Hours | Hours | Rate | Gross |

Period Hours Summary -----------------------------------------------------------

Hours Summary ----------------------------------------------------------------

----------------------------------------------------------------------------------------

LOSCALZO, MICHELLE A.          17          000000017          Pay Period: 11/02/06 - 11/08/06

| Day | Type | Date | Time | | | | | | | Hours | Total Hours |
|-----|------|------|------|---|---|---|---|---|---|-------|-------|
| Thu | IN | 11/02 | 10:04 | 11/02 21:32 | 01 01 REG Retail 0001 Retail REG | 1 | 11.50 | 11.50 |
| Fri | IN | 11/03 | 12:04 | 11/03 20:07 | 01 01 REG Retail 0001 Retail REG | 1 | 8.05 | 8.05 |
| Sat | IN | 11/04 | 09:02 | 11/04 18:01 | 01 01 REG Retail 0001 Retail REG | 1 | 8.95 | 8.95 |
| Sun | IN | 11/05 | 10:13 | 11/05 16:35 | 01 01 REG Retail 0001 Retail REG | 1 | 6.40 | 6.40 |
| Mon | IN | 11/06 | 12:12 | 11/06 20:05 | 01 01 REG Retail 0001 Retail REG | 1 | 5.10 | |
| | | | | | 0001 Retail OT | 1 | 2.80 | 7.90 |
| Tue | | 11/07 | OFF | | | | | |
| Wed | | 11/08 | OFF | | | | | |

Period Hours Summary ----------------------------------------------------------

OT          2.80
REG          40.00

Total Hours          42.80

Hours Summary ----------------------------------------------------------------

Dept  0001 Merchandise      JbCl  Retail Retail          OT    1    2.80
Dept  0001 Merchandise      JbCl  Retail Retail          REG   1    40.00

Total Hours          42.80

Grand Total Hours          42.80



CONFIDENTIAL
D0071

11/01/06 14:43

New Roc Harley-Davidson
Time Card Report

*Page    8

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ------In------ | | | ------Out------ | | | Term | | | | | | Hours Summary | | | Rate Summary |
| Day | Type | Date Time | Er Rsn | Date Time | Er Rsn | I/O | Ht | JbCl | Dept | JbCl | Ht | I S S H | Hours | Total Hours | Base Rate | Gross |

Period Hours Summary --------------------------------------------

Hours Summary --------------------------------------------

LOSCALZO, MICHELLE A.

| | | | 17 | | 000000017 | | | Pay Period: 10/26/06 - 11/01/06 |
|---|---|---|---|---|---|---|---|---|
| Thu | 10/26 | OFF | | | | | | |
| Fri | 10/27 | OFF | | | | | | |
| Sat | 10/28 | OFF | | | | | | |
| Sun | 10/29 | OFF | | | | | | |

*Off w/out Pay*

| Mon IN | 10/30 10:19 | 10/30 20:06 | 01 01 REG Retail 0001 Retail REG | 1 | 9.80 | 9.80 |
|---|---|---|---|---|---|---|
| Tue IN | 10/31 10:11 | 10/31 20:10 | 01 01 REG Retail 0001 Retail REG | 1 | 9.95 | 9.95 |
| Wed IN | 11/01 10:27 | 20.00 0 | 01   REG Retail | | | 9.73 |

*Forgot to Punch out*

Period Hours Summary --------------------------------------------

| | REG | 19.75 |
|---|---|---|
| | Total Hours | 19.75 |

Hours Summary --------------------------------------------

Dept  0001 Merchandise        JbCl  Retail Retail

| | REG | 1 | 19.75 |
|---|---|---|---|
| | Total Hours | | 19.75 |

| | Grand Total Hours | 19.75 |
|---|---|---|


REDACTED

10/25/06 12:59

New Roc Harley-Davidson
Time Card Report

*Page    8

------------- Time Card Punches ------------- ----------Hours Summary----------- ----Rate Summary----

| Day Type | Date | Time | Er Rsn | Date | Time | Er Rsn | I/O | Ht | JbCl | Dept | JbCl | Ht | I S S H | Hours | Total Hours | Base Rate | Gross |
|----------|------|------|--------|------|------|--------|-----|----|----|------|------|----|-----|-------|-------------|-----------|-------|

Period Hours Summary -------------------------------------------------------------------

Hours Summary -------------------------------------------------------------------

LOSCALZO, MICHELLE A.

| Day | Type | Date | Time | Date | Time | | | | | | | | Hours | | | |
|-----|------|------|------|------|------|--|--|--|--|--|--|--|-------|--|--|--|
| Thu | IN | 10/19 | 09:59 | | 20:00 0 ~17~ | 01 | 000000017 REG Retail | | | | | | Pay Period: 10/19/06 - 10/25/06 | | | |
| Fri | IN | 10/20 | 11:00 | 10/20 | 19:57 | 01 01 REG Retail 0001 Retail REG | 1 | 8.95 | 8.95 | | | | _10.41_ | | Forgot to punch out | |
| Sat | IN | 10/21 | 09:04 | 10/21 | 18:02 | 01 01 REG Retail 0001 Retail REG | 1 | 9.00 | 9.00 | | | | | | | |
| Sun | IN | 10/22 | 10:05 | 10/22 | 15:25 | 01 01 REG Retail 0001 Retail REG | 1 | 5.30 | 5.30 | | | | | | | |
| Mon | IN | 10/23 | 10:08 | 10/23 | 20:16 | 01 01 REG Retail 0001 Retail REG | 1 | 10.10 | 10.10 | | | | | | | |
| Tue | IN | 10/24 | 10:07 | 10/24 | 11:24 | 01 01 REG Retail 0001 Retail REG | 1 | 1.30 | 1.30 | | | | | | | |
| Wed | | 10/25 | OFF | | | | | | | | | | | | | |

Period Hours Summary -------------------------------------------------------------------

                                    REG        34.65    45.06
                              Total Hours      34.65

Hours Summary -------------------------------------------------------------------

Dept  0001 Merchandise        JbCl  Retail Retail

                                    REG    1    34.65
                              Total Hours      34.65

                              Grand Total Hours    34.65

REDACTED

New Roc Harley-Davidson

10/18/06 14:37                                    Time Card Report                                    *Page    8

--------------------------------------------------------------------------------

| | | --------------- Time Card Punches --------------- | | | --------------Hours Summary-------------- | ----Rate Summary---- |
| | | ------- In ------- | ------- Out ------- | Term | | I S | | Total | Base | |
| Day Type | Date Time Er Rsn | Date Time Er Rsn | I/O Ht JbCl | Dept JbCl | Ht S H | Hours | Hours | Rate | Gross |

--------------------------------------------------------------------------------

                              Hours Summary --------------------------------------------

--------------------------------------------------------------------------------

                         Period Hours Summary -----------------------------------------

                              Hours Summary -----------------------------------------

--------------------------------------------------------------------------------

LOSCALZO, MICHELLE A.              17              000000017          Pay Period: 10/12/06 - 10/18/06
     Thu IN   10/12 13:02      10/12 21:00    01 01 REG Retail 0001 Retail REG     1      7.95      7.95

     Fri      10/13  OFF

     Sat IN   10/14 09:00  *   10/14 18:17    01 01 REG Retail 0001 Retail REG     1      9.30      9.30

     Sun IN   10/15 08:04      10/15 17:23    01 01 REG Retail 0001 Retail REG     1      9.35      9.35

     Mon      10/16  OFF

     Tue IN   10/17 10:00      10/17 20:20    01 01 REG Retail 0001 Retail REG     1     10.35     10.35

     Wed IN   10/18 09:59           0    01    REG Retail                          *10.41*

                         Period Hours Summary -----------------------------------------

                                                    REG        36.95
                                                             ========
                                         Total Hours          36.95

                              Hours Summary -----------------------------------------

     Dept  0001 Merchandise      JbCl  Retail Retail          REG     1   36.95
                                                                       ========
                                         Total Hours          36.95

                                                                       ========      *47.36*
                                         Grand Total Hours    36.95

*REDACTED*

--------------------------------------------------------------------------------

CONFIDENTIAL
D0074

10/11/06 12:59

New Roc Harley-Davidson
Time Card Report

*Page    8

```
------------- Time Card Punches -------------        ------Hours Summary------  ------Rate Summary------
        ------- In ------   ------ Out ------   Term                      I S              Total   Base
Day Type Date Time  Er Rsn  Date Time  Er Rsn  I/O Ht JbCl  Dept JbCl  Ht S H    Hours      Hours   Rate    Gross
```

Hours Summary

Period Hours Summary

Hours Summary

LOSCALZO, MICHELLE A.                17            000000017           Pay Period: 10/05/06 - 10/11/06

Thu     10/05    OFF

Fri     10/06    OFF

Sat     10/07    OFF          } DAYS OFF w/o Pay

Sun     10/08    OFF

Mon     10/09    OFF  *School*                    8

Tue     10/10    OFF  *School*                    8

Wed IN  10/11 10:01 — 20:00      0      01   REG Retail         10            *26 hours*

*Forgot to
Punch Out*

Period Hours Summary

Hours Summary



CONFIDENTIAL
D0075

10/04/06 12:46

New Roc Harley-Davidson
Time Card Report

*Page    8

```
------------ Time Card Punches ------------   ------------Hours Summary------------ ----Rate Summary
      ------ In ------ ------ Out ------  Term                          I S                Total  Base
Day Type  Date Time  Er Rsn  Date Time Er Rsn I/O Ht JbCl  Dept JbCl  Ht  S H    Hours    Hours  Rate    Gross
```

Period Hours Summary ----------------------------------------------------------------

Hours Summary ----------------------------------------------------------------

----------------------------------------------------------------

Period Hours Summary ----------------------------------------------------------------

Hours Summary ----------------------------------------------------------------

----------------------------------------------------------------

LOSCALZO, MICHELLE A.            17        000000017        Pay Period: 09/28/06 - 10/04/06

| Day | Type | Date Time | Out Date Time | I/O Ht JbCl | Dept JbCl Ht | I S S H | Hours | Total Hours | Gross |
|-----|------|-----------|---------------|-------------|--------------|---------|-------|-------------|-------|
| Thu | IN | 09/28 10:05 | 09/28 21:27 | 01 01 REG Retail | 0001 Retail REG | 1 | 11.35 | | 11.35 |
| Fri | IN | 09/29 10:10 | 09/29 14:35 | 01 01 REG Retail | 0001 Retail REG | 1 | 4.45 | | 4.45 |
| Sat | IN | 09/30 09:05 | 09/30 18:06 | 01 01 REG Retail | 0001 Retail REG | 1 | 9.00 | | 9.00 |
| Sun | IN | 10/01 10:07 | 10/01 14:59 | 01 01 REG Retail | 0001 Retail REG | 1 | 4.90 | | 4.90 |
| Mon | | 10/02 OFF | | | | | | | |
| Tue | IN | 10/03 09:57 | 10/03 20:37 | 01 01 REG Retail | 0001 Retail REG | 1 | 10.30 | | |
| | | | | | 0001 Retail OT | 1 | 0.35 | | 10.65 |
| Wed | | 10/04 OFF | | | | | | | |

Period Hours Summary ----------------------------------------------------------------

REDACTED

| | | |
|---|---|---|
| OT | 0.35 | |
| REG | 40.00 | |
| Total Hours | 40.35 | |

Hours Summary ----------------------------------------------------------------

| Dept 0001 Merchandise | JbCl Retail Retail | OT | 1 | 0.35 |
|---|---|---|---|---|
| 0001 Merchandise | JbCl Retail Retail | REG | 1 | 40.00 |

CONFIDENTIAL
D0076

08/16/06 13:15

New Roc Harley-Davidson
Time Card Report

*Page    8

```
--------------------------------------------------------------------------------------------------
                -------------- Time Card Punches -----------------   ----------------Hours Summary----------------Rate Summary-------
                ------- In ------  ------ Out ------  Term                        I S                Total   Base
Day Type  Date Time  Er Rsn  Date Time  Er Rsn  I/O  Ht  JbCl    Dept  JbCl  Ht  S H    Hours        Hours   Rate    Gross
--------------------------------------------------------------------------------------------------
```

Period Hours Summary --------------------------------------------------------------

Hours Summary -----------------------------------------------------------

---------------------------------------------------------------------------------

Period Hours Summary --------------------------------------------------------------

Hours Summary -----------------------------------------------------------

LOSCALZO, MICHELLE A.
Thu     08/10    OFF            17         000000017        Pay Period: 08/10/06 - 08/16/06

Fri     08/11    OFF

Sat     08/12    OFF

Sun     08/13    OFF        Vacation  w/out PAY

Mon     08/14    OFF

Tue     08/15    OFF

Wed     08/16    OFF

Period Hours Summary --------------------------------------------------------------

Hours Summary -----------------------------------------------------------

---------------------------------------------------------------------------------

REDACTED



CONFIDENTIAL
D0077

08/23/06 15:11

New Roc Harley-Davidson
Time Card Report

*Page    8

--------------------------------------------------------------------------------

| Day Type | Date Time | Er Rsn | Date Time Er Rsn | I/O Ht JbCl | Dept JbCl | Ht S H | Hours | Total Hours | Base Rate | Gross |
|----------|-----------|--------|------------------|-------------|-----------|--------|-------|-------------|-----------|-------|

------------------ Time Card Punches ------------------    ------------------Hours Summary------------- --Rate Summary---
------ In ------- ------ Out ----        Term                 I S                              Total   Base

Period Hours Summary --------------------------------------------------------------------

Hours Summary --------------------------------------------------------------------

--------------------------------------------------------------------------------

Period Hours Summary --------------------------------------------------------------------

Hours Summary --------------------------------------------------------------------

--------------------------------------------------------------------------------

| LOSCALZO, MICHELLE A. | | 17 | 000000017 | Pay Period: 08/17/06 - 08/23/06 |
|----|----|----|----|----|
| Thu | 08/17 | OFF | | |
| Fri | 08/18 | OFF | | |
| Sat | 08/19 | OFF | | |
| Sun IN | 08/20 09:53 | 08/20 15:28 | 01 01 REG Retail 0001 Retail REG 1 | 5.55    5.55 |
| Mon IN | 08/21 12:03 | 20.00 0 | 01    REG Retail | 7.97 |
| Tue IN | 08/22 12:13 | 08/22 20:05 | 01 01 REG Retail 0001 Retail REG 1 | 7.90    7.90 |
| Wed IN | 08/23 12:00 | 20.00 0 | 01    REG Retail | 8.0 |

*Long week end* (handwritten)

Period Hours Summary --------------------------------------------------------------------

REDACTED

|  | REG | 13.45 |
|----|----|----|
| | Total Hours | 13.45 |

29.42 (handwritten)

Hours Summary --------------------------------------------------------------------

CONFIDENTIAL
D0078



New Roc Harley-Davidson
Time Card Report

*Page    8

```
         ----------- Time Card Punches ------------- -------------Hours Summary-------------Rate Summary------
         ------- In ------- ------ Out ------   Term                          I S              Total  Base
    Type Date Time  Er Rsn  Date Time Er Rsn  I/O  Ht  JbCl   Dept JbCl   Ht  S H     Hours    Hours  Rate    Gross
```

Period Hours Summary --------------------------------------------------------------

    Hours Summary --------------------------------------------------------

Period Hours Summary --------------------------------------------------------

    Hours Summary --------------------------------------------------

LOSCALZO, MICHELLE A.          17          000000017       Pay Period: 08/24/06 - 08/30/06
Thu IN   08/24 10:16    08/24 14:44   01 01 REG Retail 0001 Retail REG   1      7.50    7.50
                     I  08/24 18:06                01                              4.76
Fri IN   08/25 10:42            0      01    REG Retail                            9.58
Sat IN   08/26 09:32    08/26 18:30   01 01 REG Retail 0001 Retail REG   1      8.95    8.95
Sun IN   08/27 10:42    08/27 15:53   01 01 REG Retail 0001 Retail REG   1      5.20    5.20
Mon IN   08/28 10:44    08/28 20:11   01 01 REG Retail 0001 Retail REG   1      9.45    9.45
Tue      08/29 OFF
Wed      08/30 OFF

              Period Hours Summary -----------------------------------------------
                                                  REG        28.10
              Total Hours     28.10

              Hours Summary ------------------------------------------------
Dept  0001 Merchandise      JbCl  Retail Retail      REG   1        28.10
              Total Hours     28.10
```

REDACTED

CONFIDENTIAL
D0079

09/06/06 14:40

New Roc Harley-Davidson
Time Card Report

*Page    8

| Day Type | Date Time | Er Rsn | Date Time | Er Rsn | I/O | Ht | JbCl | Dept JbCl | I S S H | Hours | Total Hours | Base Rate | Gross |
|----------|-----------|--------|-----------|--------|-----|-----|------|-----------|---------|-------|-------------|-----------|-------|

LOSCALZO, MICHELLE A.            17            000000017            Pay Period: 08/31/06 - 09/06/06

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Thu IN | 08/31 12:54 | | 08/31 21:15 | | 01 | 01 | REG Retail | 0001 Retail | REG 1 | 8.35 | 8.35 | | |
| Fri IN | 09/01 12:08 | | 09/01 19:59 | | 01 | 01 | REG Retail | 0001 Retail | REG 1 | 7.85 | 7.85 | | |
| Sat IN | 09/02 09:31 | | *18:10* 0 | | 01 | | REG Retail | | | *8.69* | | | |
| Sun IN | 09/03 10:27 | | 09/03 11:09 | | 01 | 01 | REG Retail | 0001 Retail | REG 1 | 0.70 | 0.70 | | |
| Mon | 09/04 OFF | | | | | | | | | *8* | | | |
| Tue | 09/05 OFF | | | | | | | | | | | | |
| Wed IN | 09/06 12:00 | | *20:00* 0 | | 01 | | REG Retail | | | *8* | | | |

Period Hours Summary --------------------------------------------------

REG            16.90

Total Hours            16.90

Hours Summary --------------------------------------------------

Dept  0001 Merchandise        JbCl  Retail Retail            REG  1    16.90

Total Hours            16.90

Grand Total Hours            16.90

REDACTED

CONFIDENTIAL
D0080

New Roc Harley-Davidson
Time Card Report

09/13/06 16:27                                                                    *Page    8

------------------- Time Card Punches ------------------- ---------------Hours Summary------- --------Rate Summary
       ------ In ------ ----- Out ----- Term                          I S                Total  Base
Day Type Date Time Er Rsn Date Time Er Rsn I/O Ht JbCl  Dept JbCl  Ht S H    Hours    Hours  Rate    Gross

                                                                              16

Period Hours Summary ----------------------------------------------------------------------

     Hours Summary --------------------------------------------------------------------------

                                    F

Period Hours Summary ----------------------------------------------------------------------

     Hours Summary --------------------------------------------------------------------------

LOSCALZO, MICHELLE A.              17         000000017         Pay Period: 09/07/06 - 09/13/06
   Thu IN  09/07 12:53  09/07 21:07  01 01 REG Retail 0001 Retail REG  1   8.20   8.20

   Fri     09/08  OFF

   Sat IN  09/09 09:12  09/09 18:05  01 01 REG Retail 0001 Retail REG  1   8.90   8.90

   Sun IN  09/10 10:1   20 0 o       01   REG Retail

   Mon IN  09/11 11:53  09/11 20:01  01 01 REG Retail 0001 Retail REG  1   8.10   8.10

   Tue IN  09/12 10:10  09/12 20:06  01 01 REG Retail 0001 Retail REG  1   9.95   9.95

   Wed     09/13  OFF

Period Hours Summary ----------------------------------------------------------------------
                                                    REG        35.15
                                              Total Hours      35.15

REDACTED

     Hours Summary --------------------------------------------------------------------------

Dept 0001 Merchandise
     JbCl  Retail Retail              REG  1   35.15

CONFIDENTIAL
D0081

09/20/06 15:05

New Roc Harley-Davidson
Time Card Report

*Page     8

------------- Time Card Punches -------------                          -------Hours Summary-------    -------Rate Summary-------
        --------- In ---------    --------- Out ---------    Term                              I S                      Total    Base
Day Type  Date Time  Er Rsn   Date Time  Er Rsn  I/O  Ht  JbCl   Dept  JbCl   Ht  S H    Hours        Hours    Rate        Gross

Hours Summary -------------------------------------------------

Period Hours Summary -----------------

Hours Summary -------------

LOSCALZO, MICHELLE A.                    17         000000017              Pay Period: 09/14/06 - 09/20/06
  Thu IN  09/14 12:51    09/14 20:57    01 01 REG Retail 0001 Retail REG  1      8.10      8.10

- Fri IN  09/15 12:09    09/15 20:03    01 01 REG Retail 0001 Retail REG  1      7.90      7.90

  Sat IN  09/16 09:29    09/16 17:52    01 01 REG Retail 0001 Retail REG  1      8.35      8.35

  Sun IN  09/17 10:05    09/17 15:30    01 01 REG Retail 0001 Retail REG  1      5.40      5.40

- Mon IN  09/18 10:09    09/18 19:19    01 01 REG Retail 0001 Retail REG  1      9.15      9.15

  Tue   09/19   OFF

  Wed   09/20   OFF

Period Hours Summary ---------------

                                                            REG        38.90

                                                    Total Hours        38.90

Hours Summary ---------------

Dept  0001 Merchandise        JbCl  Retail Retail              REG  1      38.90

                                                    Total Hours        38.90

                                                Grand Total Hours        38.90

REDACTED

CONFIDENTIAL
D0082