UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHELLE LOSCALZO,                           :
                                             :   Case No.: 07 CIV 3046
            Plaintiff,          :   (CLB)
                                             :
  - against -                              :
                                             :
NEWROC MOTORCYCLES, LLC                      :
        Defendant.                         :
                                             :
                                             :
-----------------------------------------------------------------x

## DEFENDANT'S COMPENDIUM OF
## DEPOSITION TRANSCRIPTS IN SUPPORT OF
## <u>DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT</u>