# DEPOSITION TRANSCRIPT OF JOHN MESKUNAS

John Meskunas

Page 89

1      Meskunas
2      Q.   Okay.  Let me ask you, I don't want
3 to get ahead of myself, did you ever make any
4 comments to Ms. Loscalzo about her anatomy?
5      A.   No.
6      Q.   You didn't?  You never made any
7 comments about her breasts?
8      A.   I don't believe so, no.
9      Q.   Or her buttocks?
10     A.   No.
11     Q.   Okay.  We'll get back to that.
12          So you had that one conversation with
13 Ms. Massa.  Did you ever have any additional
14 conversations with her about Ms. Loscalzo suing
15 New Roc Motorcycles which were not in the
16 presence of counsel?
17     A.   We -- we had a couple of very brief
18 discussions.
19     Q.   What was said?
20     A.   Arranging for her to meet with the
21 attorney, you know, trying to schedule whatever
22 types of conversations or meetings that she was
23 supposed to have with -- with whoever the -- you
24 know, either my first attorney or with Ms.
25 Donnelly.  And I had discussions with her since

1              Meskunas
2  she was the head of HR.  I asked her to -- if --
3  if Michelle had ever complained to her about my
4  behavior or anybody else's behavior.
5      Q.   And what did she say?
6      A.   She said that Michelle had complained
7  about -- that she thought that Wayne was -- was,
8  you know, quote, hard on her, unquote, but she
9  never complained at all about any talk, comments
10 or anything else like that, never alleged.
11     Q.   Did Ms. Massa tell that you Ms.
12 Loscalzo had told her that she had consulted
13 with an attorney while she was still employed at
14 New Roc Motorcycles regarding comments you had
15 made to her of a sexual nature and your behavior
16 toward her?
17     A.   No.
18          MS. DONNELLY:  Objection.  You can
19     answer.
20          THE WITNESS:  No.
21     Q.   Massa never told you that, okay.
22     A.   No.
23     Q.   Did Massa ever tell you that she had
24 exchanged e-mails with Ms. Loscalzo after I had
25 sent the letter to you which is Meskunas Exhibit

1        Meskunas
2     Q.    Okay.  Now, who made the decision to
3  terminate Ms. Loscalzo's employment?
4     A.    I believe it was jointly made between
5  myself, Wayne Sforza and Patty Massa.
6     Q.    All right.  Who had the final say,
7  you?
8     A.    Yes.
9     Q.    All right.  Were any other employees
10 discharged from New Roc Motorcycles for
11 lateness?
12    A.    No.
13    Q.    For reasons of --
14          MS. DONNELLY:  Oh, no.  I want to
15    object to that question because you said
16    any other employees.  I don't think it's
17    been testified that anyone was terminated
18    for lateness, so I'm going to object --
19          MR. BERNBACH:  All right.  Anyone
20    other than Ms. Loscalzo.
21          MS. DONNELLY:  That's not his
22    testimony that she was terminated for
23    lateness.
24          MR. BERNBACH:  He just said no.
25          MS. DONNELLY:  You're implying that

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing Compendium of Deposition Transcripts in Support of Defendant's Motion to Dismiss to be served via electronic filing and overnight mail on December 7, 2007 upon:

>Jeffrey M. Bernbach
>Attorney for Plaintiff
>245 Main Street, 5th Floor
>White Plans, New York, NY 10601

*[signature: Mary Ellen Donnelly]*
Mary Ellen Donnelly (MD 4396)
**PUTNEY, TWOMBLY HALL & HIRSON, LLP**
*Attorneys for Defendant,*
*NewRoc Motorcycles, LLC*
521 Fifth Avenue
New York, New York 10175
(212) 682-0020