UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHELLE LOSCALZO,

          Plaintiff,

- against -

NEW ROC MOTORCYCLES, LLC
          Defendant.

-----------------------------------------------------------------x

Case No.: 07 CIV 3046 (CLB)

AMENDED NOTICE OF MOTION BY DEFENDANT FOR PARTIAL <u>SUMMARY JUDGMENT</u>

    PLEASE TAKE NOTICE that upon the accompanying Statement of Undisputed Material Facts pursuant to Local Rule 56.1, the Affidavit of Patricia Massa, sworn to December 7, 2007, the Affidavit of John Meskunas, sworn to on December 7, 2007, the Declaration of Mary Ellen Donnelly, dated December 7, 2007, the accompanying Memorandum of Law, dated December 7, 2007, and all of the Exhibits submitted herewith, including Plaintiff's Amended Complaint; Defendant, New Roc Motorcycles, LLC, will move this Court at the United States Courthouse, 300 Quarropas Street, White Plains, New York, on January 25, 2008, at 10:00 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting Defendant's partial summary judgment with respect to all the claims of retaliation asserted against it by Plaintiff Michelle Loscalzo, and for such other and further relief as to the Court seems just and proper in circumstances.

Dated: New York, New York
       December 11, 2007

                                       Respectfully submitted,

                                       PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                       By: _____/s/_____
                                           Mary Ellen Donnelly (MD 4936)
                                           521 Fifth Avenue
                                           New York, New York 10175
                                           (212) 682-0020
                                           *Attorneys for Defendant,*
                                           *New Roc Motorcycles, LLC*

To:    Jeffrey Bernbach, Esq.
        Bernbach Law Firm PLLC
        245 Main Street, 5th Floor
        White Plains, NY 10601
        (914) 428-9100
        *Attorneys for Plaintiff*
        *Michelle Loscalzo*

## **CERTIFICATE OF SERVICE**

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the forgoing Amended Notice of Motion by Defendant for Partial Summary Judgment to be served via electronic filing and overnight mail on December 11, 2007 upon:

> Jeffrey M. Bernbach
> Attorney for Plaintiff
> 245 Main Street, 5th Floor
> White Plains, New York, NY 10601

_____/s/_____
 Mary Ellen Donnelly (MD 4396)
 **PUTNEY, TWOMBLY HALL & HIRSON, LLP**
 *Attorneys for Defendant,*
 *NewRoc Motorcycles, LLC*
 521 Fifth Avenue
 New York, New York 10175
 (212) 682-0020