# EXHIBIT 1

LAW OFFICES OF
# Leonard N. Flamm
Suite 1300
880 Third Avenue
New York, New York 10022

LEONARD N. FLAMM
ALSO ADMITTED IN NJ AND FL

CHRISTINA M. ULLO

TEL: (212) 752-3380
FAX: (212) 755-1670
E-MAIL: ADEALNF@AOL.COM

168 WATCHUNG AVENUE
MONTCLAIR, NJ 07043

1001 S. ANDREWS AVENUE
FT. LAUDERDALE, FL 33316

December 5, 2007

(212) 682-9380

Mary Ellen Donnelly, Esq.
Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue (10th Fl.)
New York, NY 10175

   Re: Loscalzo v. New Roc Motorcycles, LLC; 07-Civ-3046

Dear Ms. Donnelly:

   This is to confirm that, based upon a review of my applicable records, it appears that I met in person with Ms. Loscalzo in or about the week of February 19, 2007.

Very truly yours,

Leonard N. Flamm

LNF:js

# EXHIBIT 2

After the customer left, Wayne repremanded me for brining the customer into his office while he was doing paperwork. I misunderstood his direction when he said go pick out a helmet and come back. So that's what I did. He was mad because I brought the customer right into his office.

A few minutes later I went to ask him a question and he told me to "GET OUT". I actually thought he was joking. Then I realized he wasn't. I said I though that we should not make a customer wait that was standing there under a time constraint and he said "I wasn't going to tell him what to do and get out" again and then repeated 'OUT" "OUT"

- On the stairs he told me I need to ... my mouth."

9/1 - Wayne said he wanted to work this out & said "He wold to over the deals while I trained. I started doing the first on fire training class — selling s, Got through the day until I asked about commissions and he said he was taking my deals except for Solazzo because I didn't do any of the work.

9/2 - Wayne told me not to wear shoe watched movies/training videos in. Dig about me trailoring to sturgis and not riding.

P00124

9/3/06 – I was late, wore sneakers in Wayne said "Nice of you to show up" and why are you wearing sneakers. – I told him I had my shoes and was going to change he said I new listen – I changed my shoes and then he said he wanted to speak to me and then ask me to punch out for the day.

P00125