# CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the forgoing Reply Memorandum of Law in Further Support of Defendant's Motion for Partial Summary Judgment and Reply Affirmation of Mary Ellen Donnelly in Support of Defendant's Motion for Partial Summary Judgment to be served via electronic filing on January 23, 2008 upon:

> Jeffrey M. Bernbach
> Attorney for Plaintiff
> 245 Main Street, 5th Floor
> White Plains, New York, NY 10601

> _____/s/_____
> Mary Ellen Donnelly (MD 4396)
> **PUTNEY, TWOMBLY HALL & HIRSON, LLP**
> *Attorneys for Defendant,*
> *NewRoc Motorcycles, LLC*
> 521 Fifth Avenue
> New York, New York 10175
> (212) 682-0020