# PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN
SEAN H. CLOSE

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
putneylaw.com

120 WOOD AVENUE SOUTH
SUITE 600
ISELIN, NEW JERSEY 08830
(732) 632-8500
TELEFAX: (732) 632-2566

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0099

7500 NORTH MILITARY TRAIL
SUITE 465
BOCA RATON, FLORIDA 33431
(800) 035-8480
TELEFAX: (561) 750-6602

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
LOUIS A. TRAPP, JR.
DUSTAN T. SMITH

January 22, 2008

<u>Via Facsimile (914) 390-4085</u>
Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re: **Michelle Loscalzo v. NewRoc Motorcycles, LLC**
**S.D.N.Y. 07 CIV 3046 (CLB)**

Dear Judge Brieant:

As Your Honor is aware, we represent the Defendant, NewRoc Motorcycles, LLC, in the above referenced matter. Due to Defendant's extension of time to serve its reply papers to Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment, both Defendant and Plaintiff's counsel agree to an extension for the motion's return date until February 15, 2008. Both parties, however, are willing to waive the oral argument on the motion.

Thank you for your consideration in this matter.

Respectfully submitted,

Mary Ellen Donnelly

cc:   Jeffrey M. Bernbach (By fax 914-428-9106)