UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MICHELLE LOSCALZO,

                              Plaintiff,

              07 Civ. 3946 (CLB)

        -against-

              **NOTICE OF MOTION**

              FILED VIA ECF

NEW ROC MOTORCYCLES, LLC,

                              Defendant.
-------------------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all other papers and proceedings had herein, plaintiff Michelle Loscalzo will move this Court, before the Honorable Charles L. Brieant, at the United States Courthouse, 300 Quarropas Street White Plains, New York, on a date to be determined by the Court, for an Order granting plaintiff's motion to strike, or in the alternative, for leave to amend her opposition to defendant's motion for partial summary judgment, and for such other and further relief as this Court may deem just and proper.

Dated: White Plains, New York
       January 29, 2008

                                            BERNBACH LAW FIRM PLLC

                              By:    s/ Jason Bernbach
                                      Jason Bernbach (JLB-3392)
                                      Jeffrey M. Bernbach (JMB-5131)
                                      245 Main Street
                                      White Plains, New York 10601
                                      (914) 428-9100
                                      Attorneys for Plaintiff

TO: Putney, Twombly, Hall & Hirson LLP
     521 Fifth Avenue
     New York, New York 10175
     (212) 682-0020
     Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiff's Notice of Motion was served by Federal Express on Putney, Twombly, Hall & Hirson, counsel for defendant, 521 Fifth Avenue, New York, New York 10175, on the 29th day of January 2008.

s/ Jason Bernbach
Jason Bernbach (JLB-3392)
