UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
MICHELLE LOSCALZO,

                              Plaintiff,

                    07 Civ. 3946 (CLB)

-against-

                    **AMENDED NOTICE**
                    <u>**OF MOTION**</u>

                    FILED VIA ECF

NEW ROC MOTORCYCLES, LLC,

                             Defendant.
------------------------------------------------------------------x

     PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Leonard N. Flamm, and all other papers and proceedings had herein, plaintiff Michelle Loscalzo will move this Court, before the Honorable Charles L. Brieant, at the United States Courthouse, 300 Quarropas Street White Plains, New York, on February 15, 2008, or as soon thereafter as counsel may be heard, for an Order granting plaintiff's motion to strike, or in the alternative, for leave to amend her opposition to defendant's motion for partial summary judgment, and for such other and further relief as this Court may deem just and proper.

Dated: White Plains, New York
       January 30, 2008                               BERNBACH LAW FIRM PLLC

                                               By:   <u>s/ Jason Bernbach</u>
                                                       Jason Bernbach (JLB-3392)
                                                       Jeffrey M. Bernbach (JMB-5131)
                                                       245 Main Street
                                                       White Plains, New York 10601
                                                       (914) 428-9100
                                                       Attorneys for Plaintiff

TO: Putney, Twombly, Hall & Hirson LLP
     521 Fifth Avenue
     New York, New York 10175
     (212) 682-0020
     Attorneys for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of Plaintiff's Amended Notice of Motion was served by facsimile and U.S. mail on Putney, Twombly, Hall & Hirson, counsel for defendant, 521 Fifth Avenue, New York, New York 10175, on the 30th day of January 2008.

s/ Jason Bernbach
Jason Bernbach (JLB-3392)