UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MICHELLE LOSCALZO,

                Plaintiff,

      -against-                     07 Civ. 3046 (CLB)

                                          <u>FILED VIA ECF</u>

NEW ROC MOTORCYCLES, LLC,

                Defendant.
-------------------------------------------------------------------- x

**PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF HER MOTION TO STRIKE, OR, IN THE ALTERNATIVE, FOR LEAVE TO AMEND HER OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

                                                              BERNBACH LAW FIRM PLLC
                                                              245 Main Street, 5th Floor
                                                              White Plains, New York 10601
                                                               (914) 428-9100
                                                              Attorneys for Plaintiff