**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

February 14, 2008

**SCHEDULING ORDER**
07CV3046(CLB)(LMS)

Jeffrey M. Bernbach
Bernbach Law Firm PLLC
245 Main Street  5th Floor
White Plains, NY 10601

FEB 1 - 2008

Mary Ellen Donnelly
Putney Twombly Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

The matter of **LOSCALZO-V-NEW ROC** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **March 4, 2008** at 10:15AM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

So Ordered:

Lisa Margaret Smith
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED