UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MICHELLE LOSCALZO,

                Plaintiff,

   - against -

NEW ROC HARLEY DAVIDSON,

               Defendants.
-----------------------------------------------------------------x

Case No.:07CV3046 (SCR) (LMS)

NOTICE OF APPEARANCE

        **PLEASE TAKE NOTICE,** That Randi Feldheim, Esq., an associate of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendant, New Roc Harley Davidson, in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       May 21, 2008

                              By: \_\_\_\_/s/ RF_____
                                   Randi Feldheim (RF 6146)
                                   PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                   *Attorneys for Defendant*
                                   521 Fifth Avenue
                                   New York, New York  10175
                                   (212) 682-0020

To:

      Jeffrey M. Bernbach
      Bernbach Law Firm PLLC
      245 Main Street
      5th Floor
      White Plains, NY 10601
      *Attorney for Plaintiff*